IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00291 SOM (04) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING INDICTMENT |
| vs. | ) | |
| | ) | |
| DANIEL PAHIA (04) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2005

at 2 o'clock and 30 min P M
SUE BEITIA, CLERK

ORDER DISMISSING INDICTMENT

Having sentenced Defendant Daniel Pahia in connection with the charges in the Information filed in Criminal No. 05-126, this court grants the Government's oral motion to dismiss the indictment in this case as to Pahia. All charges in this action against Pahia are dismissed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 14, 2005.

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE